

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00261-CV

| | | |
|---|---|---|
| In the Interest of G.H., A Child | § | From the 323rd District Court |
| | § | of Tarrant County (323-98128J-13) |
| | § | June 18, 2015 |
| | § | Opinion by Justice Gabriel |
| | § | Dissent and Concurrence by Justice Walker |
| | § | (en banc) |

## JUDGMENT ON GUARDIAN/AD LITEM'S AND INTERVENORS' MOTION FOR EN BANC RECONSIDERATION

After reviewing Guardian/Ad Litem's and Intervenors' motions for en banc reconsideration, we grant the motions. We withdraw our February 12, 2015 opinion and judgment and substitute the following.

This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel